IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Bergstrom on behalf of the statutory beneficiaries of her deceased husband George Bergstrom,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>United States of America,<br><br>　　　　　　Defendant. | 3:15-cv-08307-JWS<br><br>**ORDER** |

　　　The Court has considered the parties' stipulated motion to dismiss (Doc. 23), and good cause appearing therefore,

　　　**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, each party to bear its own costs and fees.

　　　**DATED** this 19th day of January 2017.

　　　　　　　　　　　　　　　/s/  JOHN W. SEDWICK
　　　　　　　　　　　SENIOR JUDGE, UNITED STATES DISTRICT COURT